UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-20156-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MOISES RODRIGUEZ,

        Defendant.
_____/

## ORDER

THIS cause is before the Court on the Defendant's Motion to Terminate Supervised Release (D.E.# 336) and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of September, 2016.

                                URSULA UNGARO
                                UNITED STATES DISTRICT JUDGE

copies provided to: Counsel of Record