UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-20156-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      ORDER

MOISES RODRIGUEZ,

    Defendant.
_____/

THIS cause is before the Court on the Defendant's Motion to Terminate Supervised Release (DE#339) and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED at the United States District Court, Miami, Florida, this __18__ day of February, 2017.

                                              URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record